

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-14-00798-CV

**In the Interest of A.A.M. and J.M., Children**

NO. 2011-00219J IN THE 314TH DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| CLK RECORD | $85.00 | 10/27/2014 | PAID | ANT |
| RPT RECORD | $752.00 | 10/16/2014 | INDIGENT | STA |
| FILING | $195.00 | 09/29/2014 | INDIGENT | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $1,032.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this June 26, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**